UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SANTANDER CONSUMER USA, INC.** § | | CIVIL ACTION NO. |
| § | | 3:21-CV-02471-L |
| **Plaintiff,** § | | |
| § | | |
| v. § | | |
| § | | |
| **SANDY SANSING NISSAN, INC.,** § | | |
| **SANDY SANSING CHEVROLET, INC.;** § | | |
| **SOUTHERN CHEVROLET, INC. dba** § | | |
| **SOUTHERN CHEVROLET;** § | | |
| **SANDY SANSING IMPORTS, INC. dba** § | | |
| **BMW MINI OF PENSACOLA;** § | | |
| **SANDY SANSING MILTON** § | | |
| **CHEVROLET, LLC dba SANDY AND** § | | |
| **BUBBA'S MILTON CHEVROLET;** § | | |
| **SANDY SANSING FORD-LINCOLN,** § | | |
| **LLC;** § | | |
| **SANDY SPRINGS BROOKHAVEN, LLC;** § | | |
| **SANDY SANSING NISSAN HOLDING,** § | | |
| **INC. DBA SANDY SANSING MAZDA;** § | | |
| **and** § | | |
| **SANDY SANSING CDJR, LLC** § | | |
| **Defendants.** § | | |

**OPPOSED MOTION FOR EXTENSION OF BRIEFING DEADLINES FOR ALL
PARTIES ON DEFENDANTS' MOTION TO DISMISS OR TRANSFER FOR LACK OF
PERSONAL JURISDICTION AND 12(B)(6) MOTION TO DISMISS PENDING
<u>BRIEFING AND RULING ON PLAINTIFF'S MOTION FOR REMAND</u>**

1.  Plaintiff, Santander Consumer USA Inc., for good cause shown, files this Motion for

Extension of Briefing Deadlines for <u>ALL</u> parties regarding Defendants' Motion to

Dismiss/Transfer for Lack of Personal Jurisdiction and 12(b)(6) Motion to Dismiss for Failure to

State a Claim [Doc. 10] pending the parties' briefing and the Court's ruling on Plaintiff's Motion

for Remand [Doc. 13] challenging this Court's subject matter jurisdiction for Defendants' failure to establish complete diversity jurisdiction under 28 U.S.C. 1332 as alleged in Defendants' Notice of Removal [Doc. 1].

## I.     GROUNDS FOR MOTION

2.     After Plaintiff granted Defendants' request for an extension of time to Defendants for their declared purpose to make their appearance in State Court, Defendants instead used the extension period to prepare and file a Notice of Removal in this Court alleging diversity jurisdiction [Doc. 1].  Plaintiff has now challenged that Notice of Removal through its Motion for Remand [Doc. 13] and has demonstrated in that Motion that the Defendants failed to identify the citizenship of at least 4 of the 9 Defendants and, therefore, failed to invoke this Court's subject matter jurisdiction as a matter of law.  The Motion for Remand was filed November 6, 2021 and the Defendants' Responses will be due November 27, 2021.

3.     Plaintiff's Motion for Remand challenges—and establishes—that the Defendants failed to invoke this Court's subject matter jurisdiction over this dispute.  If the Court lacks subject matter jurisdiction, it must remand the case to state court and, therefore, any interim briefing, proceedings and rulings on any other matters in the case will have been a waste of time and resources for both the Court and all the parties.  28 U.S.C. 1447(c).  Therefore, it is in the best interest of judicial economy and all parties' interests in conserving resources and limiting expenditures on legal efforts that the briefing deadlines for Defendants' Motion to Dismiss/Transfer [Doc. 10] be extended until after the parties' brief and the Court rules on Plaintiff's Motion for Remand.

4.     In addition, Plaintiff's counsel, the lone attorney on this matter, spent considerable time researching and preparing pleadings during the overlapping briefing deadlines in this case in

response to Defendants' Notice of Removal [Doc. 1] and Defendants' Motion to Dismiss/Transfer [Doc. 10] and has been also been involved in several matters requiring urgent attention in both Federal Court and the State Courts of Texas and Delaware. The commitments to the research and drafting of Plaintiff's Motion for Remand in this case and research, drafting and multiple settlement conferences/communications in other matters make it difficult for Plaintiff to complete yet another set of briefing for this case on Defendants' Motion to Dismiss/Transfer by the current deadline of November 9, 2021.

5. For the reasons stated above, Plaintiff respectfully requests that the Court suspend the briefing deadlines for <u>ALL</u> parties regarding Defendants' Motion to Dismiss/Transfer [Doc 10] until the Court considers and rules on Plaintiff's Motion for Remand [Doc. 13]. Should the Court grant the Motion for Remand, no further briefing would be necessary. If the Court should deny the Motion for Remand, Plaintiff respectfully requests that the Court permit Plaintiff 10 days from the date of that Order to file its Response to Defendants' Motion to Dismiss/Transfer.

6. This motion is not made for the purpose of delay, but so that justice may be done.

## II. PRAYER FOR RELIEF

For the reasons stated above, Plaintiff respectfully request that the Court enter an Order granting the relief stated in Paragraph 5 above.

Respectfully submitted,

# Rowlett Hill Collins LLP

　　/s/ Donald E. Hill
Donald E. Hill
State Bar No. 24007364
6060 N. Central Exp., Suite 500
Dallas, TX 75206
(214) 800-3492
(214) 292-1268 (fax)
dhill@rowletthill.com
ATTORNEYS FOR PLAINTIFF

### **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that he conferred with Jonathan Childers, lead counsel for Defendants, on November 8, 2021 regarding the foregoing Motion and Mr. Childers stated that the Defendants were opposed to the relief requested.

　　　　　　　　　　　　　　　　　　/s/ Donald E. Hill
　　　　　　　　　　　　　　　　　Donald E. Hill

### **CERTIFICATE OF SERVICE**

　　The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served upon all attorneys of record by the Northern District of Texas ECF system on this 8th day of November 2021.

　　　　　　　　　　　　　　　　　　/s/ Donald E. Hill
　　　　　　　　　　　　　　　　　Donald E. Hill